RECEIVED
IN LAKE CHARLES, LA
APR - 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:05 CR 20066-001 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| MELISSA GASPARD JENKINS | : | MAGISTRATE JUDGE WILSON |

### ORDER

After having reviewed the Memorandum of Law filed by the defendant,

IT IS ORDERED that LSA R.S. 14:98(E)(4)(a) does not apply to this case.

Lake Charles, Louisiana, this 6 day of ~~March~~ April, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE